IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00409-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. CHARLES EDWARD HARRIS, JR.,

    Defendant.

## ORDER

Upon petition of the United States and for good cause shown, IT IS HEREBY ORDERED, that the Clerk of the Court issue the said writ to the United States Marshal's Service requiring said United States Marshal to produce said defendant before this Court for re-sentencing hearing on October 2, 2009, and to hold him at all times in his custody as an agent of the United States of America until final disposition of the defendant's case, and thereafter to return the defendant to the institution wherein he is now confined.

DATED at Denver, Colorado, this 10th day of July, 2009.

BY THE COURT:

*s/Craig B. Shaffer*
Craig B. Shaffer
United States Magistrate Judge